IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

REDRICK WARD,

    Plaintiff,

v.

The CITY OF EAST CLEVELAND,
SCOTT GARDNER, in his individual
and official capacity, and NICHOLAS FOTI,
WILLIE WARNER-SIMS, KALIN
BERRY, and OFFICER GERSTENBERGER,
in their individual capacities,

    Defendants.

Case No. 1:22-cv-00372
Hon. Charles E. Fleming

---

| | |
|---|---|
| David A. Nacht (0091516) <br> Fabiola A. Galguera (P84212) <br> NACHTLAW, P.C. <br> Attorneys for Plaintiff <br> 501 Avis Drive, Suite 3 <br> Ann Arbor, MI 48104 <br> (734) 663-7550 <br> Dnacht@nachtlaw.com <br> Fgalguera@nachtlaw.com | Heather C. McCollough <br> Attorney for Defendants <br> 14340 Euclid Avenue <br> East Cleveland, OH 44112 <br> (216) 681-2393 <br> whemmons@eastcleveland.org <br><br> Anita A. Lambert (#0098145) <br> Lambert Law, LLC <br> Attorney for Defendant, Nicholas Foti <br> 3955 Center Road #926 <br> Brunswick, OH 44212 <br> P: (330) 765-9692 <br> anita@attorneylambertohio.com |

---

## STATUS REPORT

Plaintiff respectfully submits this status report pursuant to the Court's November 18, 2025 Order.

The settlement checks were received on November 3, 2025. Following receipt, additional time was required to deposit the funds, confirm clearance, and coordinate distribution to Plaintiff. As the Court is aware, Plaintiff is currently incarcerated, and arranging the necessary logistics for

disbursement has taken longer than anticipated. In addition, Plaintiff's counsel attempted to contact the other parties for their input on this report but did not hear back from them before the deadline to submit it. As a result, Plaintiff did not realize the 60-day deadline had passed and did not submit a timely request for an extension.

    Plaintiff is finalizing the distribution process now and anticipates filing the dismissal entry promptly.

Respectfully Submitted,

/s/ David A. Nacht
David A. Nacht (0091516)
Fabiola A. Galguera (P84212)
**NACHTLAW, P.C.**
Attorneys for Plaintiff

Dated: November 19, 2025