IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

REDRICK WARD,

    Plaintiff,

v.

The CITY OF EAST CLEVELAND,
SCOTT GARDNER, in his individual
and official capacity, and NICHOLAS FOTI,
WILLIE WARNER-SIMS, KALIN
BERRY, and OFFICER GERSTENBERGER,
in their individual capacities,

    Defendants.

Case No. 1:22-cv-00372
Hon. Charles E. Fleming

---

| David A. Nacht (0091516) | Kenneth D. Myers |
| --- | --- |
| Fabiola A. Galguera (P84212) | Attorney for Defendants |
| NACHTLAW, P.C. | 14340 Euclid Avenue |
| Attorneys for Plaintiff | East Cleveland, OH 44112 |
| 501 Avis Drive, Suite 3 | (216) 681-2393 |
| Ann Arbor, MI 48104 | Kdmy@aol.com |
| (734) 663-7550 | |
| Dnacht@nachtlaw.com | Anita A. Lambert (#0098145) |
| Fgalguera@nachtlaw.com | Lambert Law, LLC |
| | Attorney for Defendant, Nicholas Foti |
| | 3955 Center Road #926 |
| | Brunswick, OH 44212 |
| | P: (330) 765-9692 |
| | anita@attorneylambertohio.com |

---

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

    This matter having come before the Court upon stipulation of the Parties and the Court having been otherwise fully advised in the premises;

    IT IS HEREBY ORDERED, that the above-captioned action is DISMISSED WITH PREJUDICE and without interest, costs or attorneys' fees to any Party.

    This order disposes of all claims and closes the case.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                            U.S. DISTRICT COURT JUDGE

STIPULATION:

| | |
|---|---|
| /s/ David A. Nacht | /s/ Kenneth D. Myers w. permission |
| David A. Nacht (0091516) | Kenneth D. Myers |
| Fabiola A. Galguera (P84212) | Attorney for Defendants |
| NACHTLAW, P.C. | 14340 Euclid Avenue |
| Attorneys for Plaintiff | East Cleveland, OH 44112 |
| 501 Avis Drive, Suite 3 | (216) 681-2393 |
| Ann Arbor, MI 48104 | Kdmy@aol.com |
| (734) 663-7550 | |
| Dnacht@nachtlaw.com | /s/ Anita A. Lambert w. permission |
| Fgalguera@nachtlaw.com | Anita A. Lambert (#0098145) |
| | Lambert Law, LLC |
| | Attorney for Defendant, Nicholas Foti |
| | 3955 Center Road #926 |
| | Brunswick, OH 44212 |
| | P: (330) 765-9692 |
| | anita@attorneylambertohio.com |

Date:   December 3, 2025